IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BRIAN MONTGOMERY, and CARRIE )
MONTGOMERY, )
 )
    Plaintiffs, )
 )
v. ) CASE NO. CV418-214
 )
ARH MODELS, LLC, )
 )
    Defendant. )

## O R D E R

Before the Court is Plaintiffs' Notice of Voluntary Dismissal. (Doc. 15.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant has not filed an answer or motion for summary judgment in this case, this case is hereby **DISMISSED WITHOUT PREJUDICE**. Accordingly, Defendant's Motion to Dismiss (Doc. 10) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 30th day of October 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA